**CLOSED CIVIL CASE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-10108-CIV-MOORE/GARBER
99-10035-CR-MOORE

KENNY ALSTON,

           Movant,

vs.

UNITED STATES OF AMERICA,

           Respondent.
_____/

### OMNIBUS ORDER GRANTING MOVANT'S MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO FILE OBJECTIONS (DE #16), ADOPTING MAGISTRATE'S REPORT (DE #15) AND DENYING MOVANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (DE #1)

THIS CAUSE came before the Court upon Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1).

THIS MATTER was referred to the Honorable Barry L. Garber, United States Magistrate Judge. Magistrate Judge Garber issued a Report and Recommendation (DE #15), recommending that Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1) be denied. Movant filed a Motion *Nunc Pro Tunc* for Extension of Time to File Objections (DE #16) and then subsequently filed Objections to the Magistrate's Report and Recommendation (DE #323 in Case No. 99-10035-CR-MOORE). It is hereby

ORDERED AND ADJUDGED that Movant's Motion *Nunc Pro Tunc* for Extension of Time to File Objections (DE #16) is GRANTED.

After a *de novo* review of the record, including Movant's Objections, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report (DE #15) is ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1) is DENIED. It is therefore

ORDERED AND ADJUDGED that the Clerk of Court is directed to CLOSE this case. All pending motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of January, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:
    All counsel of record

    U.S. Magistrate Judge Barry L. Garber