UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-10035-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE MATHIS,

    Defendant.
_____/

## ORDER

Presently pending before the Court is Defendant Mathis' Motion Requesting a Transcript of the Hearing Dated March 27, 2008 (DE # 347). This matter is referred to the undersigned Magistrate Judge (DE # 348). For the reasons stated below, the motion is denied without prejudice.

### I. Background

On March 26, 2003, Defendant Mathis was charged in a Superseding Indictment with, from 1995 to on or about December 9, 1999, conspiracy to possess with intent to distribute and to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine and fifty grams or more of crack, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) (DE # 213).

On June 25, 2003, after a jury trial, Mathis was convicted of conspiring to possess with intent to distribute less than 500 grams of cocaine and less than 5 grams of crack (DE # 240). On October 16, 2003, Mathis was sentenced to a term of 262 months imprisonment, followed by six years of supervised release and a $100.00 assessment (DE # 290).

Mathis then appealed his conviction (DE # 292). On March 18, 2005, the United

States Court of Appeals issued its mandate affirming Mathis' conviction (DE # 307). On July 12, 2005, the United States Supreme Court denied Mathis' petition for a writ of certiorari (DE # 317 at 2).[1]

On January 2, 2008, Mathis filed a motion to reduce his sentence based upon the retroactivity of an amendment to the Sentencing Guidelines (DE # 326). On March 6, 2008, the District Court granted Mathis' motion to appoint counsel for the motion (DE # 332). On March 17, 2008, Mathis, through counsel, filed a motion to reduce his sentence (DE # 334).[2] On March 27, 2008, the District Court heard argument on the motion to reduce sentence (DE # 335). On April 22, 2008, the District Court entered an Order denying Mathis' motion (DE # 339). On May 9, 2008, the District Court entered an Order denying Mathis' motion for reconsideration of the April 22, 2008 Order (DE # 343).

On July 18, 2008, Mathis filed a motion to file an out of time appeal (DE # 346), which is pending. The instant motion followed.

II. The Instant Motion

In this motion, Mathis requests a transcript of the March 27, 2008 hearing. He also states that he is indigent and has had counsel appointed for him in connection with his motion to reduce his sentence (DE # 347).

---

[1] On December 12, 2005, Mathis filed a motion to vacate conviction, made pursuant to 28 U.S.C. § 2255 (DE # 317). On August 22, 2006, the District Court entered an order denying Mathis' motion to vacate conviction (DE # 317). On October 27, 2006, the District Court entered an order denying Mathis' motion for a certificate of appealability (DE # 321). On November 8, 2007, the United States Court of Appeals for the Eleventh Circuit denied Mathis' motion for a certificate of appealability (Case No. 05-20138-CIV-MOORE, DE # 29). On December 31, 2007, the Eleventh Circuit denied Mathis' motion for reconsideration of its denial of his motion for a certificate of appealability (Case No. 05-20138-CIV-MOORE, DE # 31). On May 12, 2008, the United States Supreme Court denied Mathis' petition for a writ of certiorari. *Mathis v. United States*, 128 S.Ct. 2453 (2008).

[2] On March 31, 2008, the District Court denied as moot Mathis' initial, pro se motion to reduce sentence (DE # 336).

The motion is denied without prejudice. Mathis has no appeal presently pending. Furthermore, Mathis' motion for leave to file a notice of appeal out-of-time has not yet been ruled on. Finally, Mathis has not stated for what purpose he needs the transcript. While at some future point Mathis may establish a need for the transcript, he has not done so in this motion.

Therefore, for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that Defendant Mathis' Motion Requesting a Transcript of the Hearing Dated March 27, 2008 (DE # 347), is **DENIED without prejudice**.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 31, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable K. Michael Moore,
   United States District Judge
Jermaine Mathis, pro se
   Prisoner Number 38860-004
   FCI Miami-Low
   P.O. Box 779800, Unit B
   Miami, FL 33177